IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CLYDVEN JACKSON,

      Appellant,

v.

STATE OF FLORIDA AND
DEPARTMENT OF CORRECTIONS,

      Appellees.
_____/

Case No. 5D22-2045
LT Case Nos. 2013-CF-1856
2013-CF-1857

Decision filed June 20, 2023

Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Clydven Jackson, South Bay, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee, State of Florida.

No Appearance by Appellee, Department of Corrections.

PER CURIAM.

      AFFIRMED.

HARRIS, SOUD and BOATWRIGHT, JJ., concur.